# **EXHIBIT B**



9348 Civic Center Drive, Fourth Floor
Beverly Hills, California 90210

October 7, 2010

*Via Electronic Mail (mcohl@s2bnent.com) and Regular Mail*
Michael Cohl
Port St. Charles, The Chart Room
St. Peter, Barbados BB26103

Re:   Letter Agreement (the "Purchase Agreement") dated as of September 22, 2008 and entered into by and among Live Nation Worldwide, Inc. ("Live Nation"), S2BN Entertainment Corporation (f/k/a Events Acquisition Corporation) ("Buyer") and Michael Cohl ("Cohl"); capitalized terms used in this letter that are not defined herein will have the meanings assigned by the Purchase Agreement

Dear Michael:

The Buyer is in breach of the following payment obligations under the terms of the Purchase Agreement (the "Defaulted Payments"):

(i)   the $2,600,000 installment of the Base Purchase Price that was payable on or before September 22, 2010 pursuant to Section 1.2(a)(iii) of the Purchase Agreement; and

(ii)   the $2,750,000 installment of the Non-Compete Relief Fee that was payable on or before September 22, 2010 pursuant to Section 1.3(a)(ii)(B) of the Purchase Agreement.

The Defaulted Payments are unconditional obligations of the Buyer under the terms of the Purchase Agreement and are not subject to any right of offset, counterclaim or other right to delay, withhold or otherwise refuse payment. There is no defense. Indeed, the Buyer ratified its obligations under the Purchase Agreement by paying all prior installments under Sections 1.2(a) and 1.3(a)(ii) of the Purchase Agreement without condition or qualification.

Pursuant to Section 2.3 of the Purchase Agreement, you personally guaranteed the full, complete and timely performance of the obligations, liabilities and responsibilities of the Buyer pursuant to the Purchase Agreement. As such, you are also in breach of the obligation to pay the Defaulted Payments.

If Live Nation has not received the full amount of the Defaulted Payments by the close of business on October 12, 2010, then we intend to file suit against the Buyer and you in accordance with the terms of the Purchase Agreement to pursue all rights and remedies, whether at law or in equity, to which Live Nation is entitled by reason of the breach of obligation to pay the Defaulted Payments. These remedies may include, without limitation, (i) a monetary judgment for the entire amount of the Defaulted Payments plus pre-judgment and post-judgment interest thereon, (ii) the recovery of attorneys' fees and costs of court and/or (iii) termination of the relief from the Non-Compete Covenants granted to Cohl pursuant to Section 1.3 of the Purchase Agreement.

As you likely recall, the Buyer also defaulted on the payment installments due under the Purchase Agreement last year at this time. Immediately after Live Nation filed a lawsuit to collect those payments, the Buyer paid the amounts that were then due under the Purchase Agreement. We would hope to avoid going through the time and expense of those legal formalities again in order to get you to pay what you owe. If we do have to file suit again, we will most assuredly expect you to reimburse us for the fees and other costs involved.

This letter is not intended to be a comprehensive statement of all of Live Nation's claims, rights or remedies. Live Nation expressly reserves all rights, remedies and causes of action that may, in any way, relate to or arise out of the circumstances or facts described in this letter and no such rights, remedies or causes or action are being waived or otherwise released.

Sincerely,

Michael G. Rowles
Executive Vice President and General Counsel

cc:  *Via Electronic Mail (johnperkins@strategy.bb)*
John H. Perkins
Strategy Capital (Barbados) Inc.
Port St. Charles, The Chart Room
St. Peter, Barbados BB26103

*Via Electronic Mail (mstollman@s2bnent.com)*
Marc Stollman
S2BN Entertainment
1688 Meridian Avenue, Suite 1000
Miami Beach, Florida 33139

*Via Electronic Mail (michaelrapino@livenation.com)*
Michael Rapino
Live Nation Worldwide, Inc.
9348 Civic Center Drive, Fourth Floor
Beverly Hills, California 90210