UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24144-CIV-ALTONAGA

**LIVE NATION WORLDWIDE, INC.**,

    Plaintiff,

vs.

**MICHAEL COHL** and **S2BN
ENTERTAINMENT (BARBADOS) INC.**,

    Defendants.
_____/

## **ORDER**

    **THIS CAUSE** came before the Court upon a *sua sponte* examination of the record. Federal Rule of Civil Procedure 4(m) requires service of summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff filed this action on November 18, 2010, and to date, there is no indication in the court file that the Defendants have been served with the summons and Complaint. It is therefore

    **ORDERED AND ADJUDGED** that on or before **March 18, 2011**, Plaintiff shall perfect service upon the Defendants or show cause why this cause should not be dismissed for failure to perfect service of process. Failure to file proof of service or show good cause by March 18 will result in a dismissal without prejudice and without further notice.

    **DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of December, 2010.

                                                                **CECILIA M. ALTONAGA**
                                                                 **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record