UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24144-CIV-ALTONAGA

**LIVE NATION WORLDWIDE, INC.**,

    Plaintiff,

vs.

**MICHAEL COHL**, *et al*,

    Defendants.
_____ /

**MICHAEL COHL**, *et al*,

    Counter claimants,

vs.

**LIVE NATION WORLDWIDE, INC**.

    Counter defendant.
_____/

## AGREED ORDER

**THIS MATTER** is before the Court upon Plaintiff, Live Nation Worldwide, Inc.'s Motion to Strike Affirmative Defenses [ECF No. 19]. Upon consideration and based upon the agreement of counsel, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 19]** is **GRANTED**. Defendants shall have 5 days from the date of this Order to amend their second, third, fourth, fifth and sixth affirmative defenses.[1]

---

[1] Defendants previously agreed to withdraw their first affirmative defense (ECF No. 24).

10-24144-CIV-ALTONAGA

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of March, 2011.

*[signature: Cecilia M. Altonaga]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record