UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CIV-24144-CMA

LIVE NATION WORLDWIDE, INC.,

      Plaintiff,

v.

MICHAEL COHL and S2BN
ENTERTAINMENT CORPORATION
(f/n/a EVENTS ACQUISITION CORP.),

      Defendants.

_____/

MICHAEL COHL and S2BN
ENTERTAINMENT CORPORATION
(f/n/a EVENTS ACQUISITION CORP.),

        Counterclaimants,

v.

LIVE NATION WORLDWIDE, INC.,

        Counterdefendant.

_____/

## AMENDED AFFIRMATIVE DEFENSES

Defendants MICHAEL COHL ("Cohl") and S2BN ENTERTAINMENT CORPORATION (f/n/a Events Acquisition Corp.) ("S2BN") (collectively, "Cohl Parties") hereby serve their Amended Affirmative Defenses.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

## AMENDED AFFIRMATIVE DEFENSES

For their Amended Affirmative Defenses to the Amended Complaint, Cohl Parties state as follows:

1.      As set forth below, Cohl Parties are relieved of any further obligations under the Letter Agreement due to Live Nation's prior material breaches of the Letter Agreement.  Under the Letter Agreement, Cohl paid Live Nation roughly $20,000,000 in return for the right to: (a) not have to bid against Live Nation for the Rolling Stones' next tour, (b) have Live Nation finance the tour, (c) have Live Nation perform the services of the "Exclusive Global Promoter" of the tour, and (d) receive two-thirds of the promoters' profits from the tour.  Live Nation has breached the Letter Agreement by depriving Cohl of the very essence of the rights that he paid millions for under the Letter Agreement.

Live Nation has also breached its obligation under Section 1.9(a) of the Letter Agreement providing that Cohl take the lead in negotiations with the Rolling Stones.  Live Nation has, in fact, attempted to conduct direct negotiations with the Rolling Stones for its own benefit.

Live Nation has also and separately breached its obligation under Section 1.9(a) of the Letter Agreement by failing to act in a manner that "will be helpful to Cohl's efforts in obtaining the rights to promote the concert tour." While there was no tour available for bid in February 2010 when Live Nation announced its bad faith and baseless assertion that Cohl could not successfully acquire promotional rights, the Rolling Stones thereafter began entertaining bids for a potential tour in 2011.   In fact, in the second half of 2010, Cohl met with various representatives of the Rolling Stones, including Mick Jagger and Keith Richards, and was expressly invited by them to bid for tour promotional rights.   In subsequent, more recent communications with Live Nation, it reiterated its position that, notwithstanding the Letter

2

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900     F: 305.858.5261
Email: info@coffeyburlington.com     www.coffeyburlington.com

Agreement, it had the right to compete with Cohl for the Rolling Stones' tour promotional rights.

Rather than be helpful to Cohl's efforts, Live Nation has attempted to destroy and has interfered with Cohl's potential to procure the promotion rights to the Rolling Stones' future tours. Upon information and belief, Live Nation communicated to representatives of the Rolling Stones that Cohl and Live Nation were in a dispute. Following Live Nation's bad faith February 8, 2010 letter, the Rolling Stones communicated to Cohl and his counsel that they perceived a "spat" developing between Cohl and Live Nation and that they did not want to get dragged into the middle of such a dispute. Furthermore, upon information and belief, Live Nation has denigrated Cohl to representatives of the Rolling Stones in an additional attempt to damage the ability of Cohl to once again obtain the tour promotional rights. In doing so, Live Nation has violated both the terms and the spirit of the Letter Agreement.

Therefore, the Cohl Parties are excused and relieved from making any further payments to Live Nation under the Letter Agreement or otherwise complying with their obligations under the Letter Agreement due to the prior material breaches by Live Nation.

2.      As set forth below, the Cohl Parties are relieved of any further obligations under the Letter Agreement due to Live Nation's prior breach of the implied covenant of good faith and fair dealing.

Live Nation's February 8, 2010 letter was its first and only communication to Cohl asserting that Cohl will be unable to successfully negotiate the rights to promote the concert tour of any Cohl Relationship Artist. That assertion was false and baseless. Live Nation made no effort whatsoever to discuss any concerns that it purportedly had regarding Cohl's ability to acquire the rights to the Rolling Stones' next tour. Nor did Live Nation's February correspondence contain any facts or other support for its baseless conclusion. In truth and in

3

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900     F: 305.858.5261
Email: info@coffeyburlington.com     www.coffeyburlington.com

fact, Live Nation's February 8, 2010 assertion is a complete fabrication, entirely without legitimacy, and made in bad faith. Live Nation has no reasonable basis to justify its assertion that Cohl will be not able to negotiate successfully with the Rolling Stones to acquire rights to promote their next tour nor did it.

While there was no tour available for bid in February 2010 when Live Nation announced its bad faith and baseless assertion that Cohl could not successfully acquire promotional rights, the Rolling Stones thereafter began entertaining bids for a potential tour in 2011. In fact, in the second half of 2010, Cohl met with various representatives of the Rolling Stones, including Mick Jagger and Keith Richards, and was expressly invited by them to bid for tour promotional rights. In subsequent, more recent communications with Live Nation, it reiterated its position that, notwithstanding the Letter Agreement, it had the right to compete with Cohl for the Rolling Stones' tour promotional rights.

Live Nation has attempted to destroy and has interfered with Cohl's potential to procure the promotion rights to the Rolling Stones' future tours. Upon information and belief, Live Nation communicated to representatives of the Rolling Stones that Cohl and Live Nation were in a dispute. Following Live Nation's bad faith February 8, 2010 letter, the Rolling Stones communicated to Cohl and his counsel that they perceived a "spat" developing between Cohl and Live Nation and that they did not want to get dragged into the middle of such a dispute. Furthermore, upon information and belief, Live Nation has denigrated Cohl to representatives of the Rolling Stones in an additional attempt to damage the ability of Cohl to once again obtain the tour promotional rights. In doing so, Live Nation has violated both the terms and the spirit of the Letter Agreement.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

Therefore, the Cohl Parties are relieved of any further obligations under the Letter Agreement due to Live Nation's prior breach of the implied covenant of good faith and fair dealing.

3.     As set forth below, Live Nation's claims are barred by the doctrine of unclean hands.  Live Nation has unclean hands because its February 8, 2010 letter was its first and only communication to Cohl asserting, albeit falsely and in bad faith, that Cohl will be unable to successfully negotiate the rights to promote the concert tour of any Cohl Relationship Artist. Live Nation made no effort whatsoever to discuss any concerns that it purportedly had regarding Cohl's ability to acquire the rights to the Rolling Stones' next tour.  Nor did Live Nation's February correspondence contain any facts or other support for its conclusion.  In truth and in fact, Live Nation's February 8, 2010 assertion is a complete fabrication, baseless and bad faith.

Two days later, on February 10, 2010, Live Nation sent an email communication stating that Cohl could still pursue promotional rights for the Rolling Stones' next tour, but only through a joint venture with Live Nation.  To that end, Cohl would be required to advise Live Nation of the details of any negotiations with the Rolling Stones, obtain Live Nation's approval of the terms of any promotional agreement, and then share the profits with Live Nation.

Moreover, while there was no tour available for bid in February 2010 when Live Nation announced its unwarranted and bad faith conclusion that Cohl could not successfully acquire promotional rights, the Rolling Stones thereafter began entertaining bids for a potential tour in 2011.  In fact, in the second half of 2010, Cohl met with various representatives of the Rolling Stones, including Mick Jagger and Keith Richards, and was expressly invited to bid for tour promotional rights.  In subsequent, more recent communications, Live Nation reiterated its

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

position that it had the right to compete with Cohl for the Rolling Stones' tour promotional rights.

Live Nation has attempted to wrongfully interfere with and destroy Cohl's potential to procure the promotion rights to the Rolling Stones' future tours. Upon information and belief, Live Nation communicated to representatives of the Rolling Stones that Cohl and Live Nation were in a dispute. Following Live Nation's bad faith February 8, 2010 letter, the Rolling Stones communicated to Cohl and his counsel that they perceived a "spat" developing between Cohl and Live Nation and that they did not want to get dragged into the middle of such a dispute. Furthermore, upon information and belief, Live Nation has denigrated Cohl to representatives of the Rolling Stones in an additional attempt to damage the ability of Cohl to once again obtain the tour promotional rights. In doing so, Live Nation has violated both the terms and the spirit of the Letter Agreement.

Therefore, Live Nation's claims are barred by its unclean hands.

4.     As set forth below, any claims against the Cohl Parties for breach of contract are barred or diminished by Live Nation's prior material breaches. Live Nation has breached the Letter Agreement by depriving Cohl of the very essence of the rights that he paid millions for under the Letter Agreement. Live Nation has additionally and separately breached Section 1.9(b) of the Letter Agreement by failing to communicate with Cohl in good faith and provide "reasonable prior notice" of any basis or justification for its assertion that Cohl may not be successful in procuring the rights to the Rolling Stones tour.

Live Nation has also breached its obligation under Section 1.9(a) of the Letter Agreement providing that Cohl take the lead in negotiations with the Rolling Stones. Live Nation has improperly attempted to conduct direct negotiations with the Rolling Stones for its own benefit.

6

COFFEY BURLINGTON

Live Nation has additionally and separately breached its obligation under Section 1.9(a) of the Letter Agreement by failing to act in a manner that "will be helpful to Cohl's efforts in obtaining the rights to promote the concert tour." While there was no tour available for bid in February 2010 when Live Nation announced its bad faith and baseless assertion that Cohl could not successfully acquire promotional rights, the Rolling Stones thereafter began entertaining bids for a potential tour in 2011. In fact, in the second half of 2010, Cohl met with various representatives of the Rolling Stones, including Mick Jagger and Keith Richards, and was expressly invited by them to bid for tour promotional rights. In subsequent, more recent communications, Live Nation reiterated its position that, notwithstanding the Letter Agreement, it had the right to compete with Cohl for the Rolling Stones' tour promotional rights.

Live Nation has wrongfully attempted to destroy and has interfered with Cohl's potential to procure the promotion rights to the Rolling Stones' future tours. Upon information and belief, Live Nation communicated to representatives of the Rolling Stones that Cohl and Live Nation were in a dispute. Following Live Nation's bad faith February 8, 2010 letter, the Rolling Stones communicated to Cohl and his counsel that they perceived a "spat" developing between Cohl and Live Nation and that they did not want to get dragged into the middle of such a dispute. Furthermore, upon information and belief, Live Nation has denigrated Cohl to representatives of the Rolling Stones in an additional attempt to damage the ability of Cohl to once again obtain the tour promotional rights. In doing so, Live Nation has violated both the terms and the spirit of the Letter Agreement.

Therefore, the Cohl Parties are excused from making any further payments to Live Nation under the Letter Agreement or otherwise complying with their obligations under the Letter Agreement that has been previously and materially breached by Live Nation.

7

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

5.     As set forth below, the Cohl Parties are entitled to a set off against any sums allegedly due to Live Nation.

Under the Letter Agreement, Cohl paid Live Nation roughly $20,000,000 in return for the right to: (a) not have to bid against Live Nation for the Rolling Stones' next tour, (b) have Live Nation finance the tour, (c) have Live Nation perform the services of the "Exclusive Global Promoter" of the tour, and (d) receive two-thirds of the promoters' profits from the tour.  Live Nation has breached the Letter Agreement by depriving Cohl of the very essence of the rights that he paid millions for under the Letter Agreement.

Live Nation has also breached its obligation under Section 1.9(a) of the Letter Agreement providing that Cohl take the lead in negotiations with the Rolling Stones.  Live Nation has improperly attempted to conduct direct negotiations with the Rolling Stones for its own benefit.

Live Nation has additionally and separately breached its obligation under Section 1.9(a) of the Letter Agreement by failing to act in a manner that "will be helpful to Cohl's efforts in obtaining the rights to promote the concert tour."  While there was no tour available for bid in February 2010 when Live Nation announced its bad faith and baseless assertion that Cohl could not successfully acquire promotional rights, the Rolling Stones thereafter began entertaining bids for a potential tour in 2011.  In fact, in the second half of 2010, Cohl met with various representatives of the Rolling Stones, including Mick Jagger and Keith Richards, and was expressly invited by them to bid for tour promotional rights.  In subsequent, more recent communications with Live Nation, it reiterated its position that, notwithstanding the Letter Agreement, it had the right to compete with Cohl for the Rolling Stones' tour promotional rights.

Rather than be helpful to Cohl's efforts, Live Nation has attempted to destroy and has interfered with Cohl's potential to procure the promotion rights to the Rolling Stones' future

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900     F: 305.858.5261
Email: info@coffeyburlington.com        www.coffeyburlington.com

tours.  Upon information and belief, Live Nation communicated to representatives of the Rolling Stones that Cohl and Live Nation were in a dispute.  Following Live Nation's bad faith February 8, 2010 letter, the Rolling Stones communicated to Cohl and his counsel that they perceived a "spat" developing between Cohl and Live Nation and that they did not want to get dragged into the middle of such a dispute.  Furthermore, upon information and belief, Live Nation has denigrated Cohl to representatives of the Rolling Stones in an additional attempt to damage the ability of Cohl to once again obtain the tour promotional rights.  In doing so, Live Nation has violated both the terms and the spirit of the Letter Agreement.

Live Nation has additionally and separately breached Section 1.9(b) of the Letter Agreement by failing to communicate with Cohl in good faith and provide "reasonable prior notice" of any basis or justification for its assertion that Cohl may not be successful in procuring the rights to the Rolling Stones tour.  Live Nation's wrongful conduct has caused the Cohl Parties monetary damages and lost profits in connection with the Rolling Stones tour and for diminution of the value of S2BN.

The Cohl Parties are therefore excused from making any further payments to Live Nation under the Letter Agreement or otherwise complying with their obligations under the Letter Agreement that has been materially breached by Live Nation.  The Cohl Parties assert as a set off against any liability to Live Nation the full amount of their damages caused by Live Nation's wrongful conduct and breaches as set forth above.

6.      Cohl Parties reserve the right to assert and rely upon such additional defenses as

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com        www.coffeyburlington.com

CASE NO. 10-CIV-24144-CMA

may arise during discovery, and Cohl Parties specifically reserve the right to amend their

Affirmative Defenses for the purpose of asserting such additional defenses.

Respectfully submitted,

Robert K. Burlington, Florida Bar No. 261882
rburlington@coffeyburlington.com
Daniel F. Blonsky, Florida Bar No. 972169
dblonsky@coffeyburlington.com
COFFEY BURLINGTON
Office in the Grove, Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Tel:  305-858-2900
Fax:  305-858-5261
*Counsel for Cohl and S2BN*

By:  s/Robert K. Burlington

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 8, 2011, I electronically filed the foregoing

document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document

is being served this day on all counsel of record identified on the Mailing Information for CASE

NO. 10-CIV-24144-CMA.  Counsel of record currently identified on the Mailing Information list

to receive e-mail notices for this case are served via Notices of Electronic Filing generated by

CM/ECF.  Counsel of record who are not on the Mailing Information list to receive e-mail

notices for this case have been served via U.S. Mail.

*s/*Robert K. Burlington

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com