UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CIV-24144CMA

LIVE NATION WORLDWIDE, INC.,

    Plaintiff,

v.

MICHAEL COHL and S2BN
ENTERTAINMENT CORPORATION
(f/n/a EVENTS ACQUISITION CORP.),

    Defendants.
_____/

MICHAEL COHL and S2BN
ENTERTAINMENT CORPORATION
(f/n/a EVENTS ACQUISITION CORP.)

    Counterclaimants,

v.

LIVE NATION WORLDWIDE, INC.

    Counterdefendant.
_____/

## JOINT MEDIATION REPORT

    Pursuant to this Court's Orders dated February 2, 2011, and March 3, 2011, ECF Nos. 16 and 30, the parties notify this Court that mediation was held before Bruce Greer, Esquire, at Morgan, Lewis & Bockius LLP, 200 South Biscayne Boulevard – Suite 5300, Miami, Florida 33131 on Wednesday, September 14, 2011.  All required parties were present.  Pertinent issues in this litigation were discussed and the parties in good faith explored the possibility of resolving the matter.  The parties were unable to settle the case and the mediator declared an impasse.

DB1/ 68191805.1

Respectfully submitted.

| | |
|---|---|
| *s/ Daniel F. Blonsky* | *s/ Christopher J.M. Collings* |
| Robert K. Burlington, Esq. | Mark E. Zelek, Esq. |
|   Florida Bar No. 261882 |   Florida Bar No. 667773 |
| Daniel F. Blonsky, Esq. | Christopher J.M. Collings, Esq. |
|   Florida Bar No. 972169 |   Florida Bar No. 184403 |
| Coffey Burlington | Morgan, Lewis & Bockius LLP |
| Office in the Grove, Penthouse | 200 South Biscayne Boulevard |
| 2699 South Bayshore Drive | Suite 5300 |
| Miami, Florida 33133 | Miami, Florida  33131-2339 |
| Telephone:   305.858.2900 | Telephone:  305.415.3000 |
| Facsimile     305.858.5261 | Facsimile:   305.415.3001 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on September 23, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Mailing Information list for CASE NO. 10-CIV-24144-CMA.  Counsel of record currently identified on the Mailing Information list to receive e-mail notices for this case are served via Notices of Electronic Filing generated by CM/ECF.  Counsel of record who are not on the Mailing Information list to receive e-mail notices for this case have been served via U.S. Mail.

                                              *s/ Christopher J.M. Collings*
                                              Christopher J.M. Collings