*10-24144 CV CMA*

# DOCUMENT RETURNED

# PURSUANT TO COURT ORDER

# DOCKET ENTRY NUMBER *158 ; Chambers*

*DE#'s 147 & 148 Returned*